IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Houlihan, Robert J | Case Number: 05 B 10231 |
|---|---|---|
| | Houlihan, Patricia | Judge: Wedoff, Eugene R |
| | Printed: 2/12/08 | Filed: 3/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 27, 2007
Confirmed: May 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 28,985.00 | |
| Secured: | | 12,326.77 |
| Unsecured: | | 0.00 |
| Priority: | | 13,949.27 |
| Administrative: | | 1,306.00 |
| Trustee Fee: | | 1,402.96 |
| Other Funds: | | 0.00 |
| Totals: | 28,985.00 | 28,985.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 1,306.00 | 1,306.00 |
| 2. | Ford Motor Credit Corporation | Secured | 12,326.77 | 12,326.77 |
| 3. | Internal Revenue Service | Priority | 46,661.56 | 13,561.90 |
| 4. | Illinois Dept of Revenue | Priority | 1,091.80 | 387.37 |
| 5. | Internal Revenue Service | Unsecured | 2,117.26 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | 975.42 | 0.00 |
| 7. | JP Morgan Chase Bank | Unsecured | 132.81 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 1,478.65 | 0.00 |
| 9. | Kohl's/Kohl's Dept Stores | Unsecured | 51.12 | 0.00 |
| 10. | Sherman Acquisition | Unsecured | 257.10 | 0.00 |
| 11. | Specialized Management Consultants | Unsecured | 71.03 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 289.11 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 65.76 | 0.00 |
| 14. | Capital One | Unsecured | 248.59 | 0.00 |
| 15. | Ford Motor Credit Corporation | Unsecured | 636.30 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 283.49 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,636.97 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 1,569.47 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 283.86 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 253.30 | 0.00 |
| 21. | Sherman Acquisition | Unsecured | 1,354.95 | 0.00 |
| 22. | Schottler & Zukosky | Priority | | No Claim Filed |
| 23. | Bank Of America | Unsecured | | No Claim Filed |
| 24. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |
| 25. | CitiFinancial | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Houlihan, Robert J  
　　Houlihan, Patricia  
　　Printed: 2/12/08

Case Number: 05 B 10231  
Judge: Wedoff, Eugene R  
Filed: 3/21/05

| 26. | Phillips & Cohen Associates. Ltd. | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 73,091.32 | $ 27,582.04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 158.55 |
| 5.5% | 561.00 |
| 5% | 120.00 |
| 4.8% | 288.01 |
| 5.4% | 275.40 |
| | _____ |
| | $ 1,402.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　　Marilyn O. Marshall, Trustee, by:

　　　　　　　　　_____